NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT JOHN McGINNESS,     )
          )
     Appellant,     )
          )
v.     )     Case No. 2D17-2911
          )
STATE OF FLORIDA,     )
          )
     Appellee.     )
_____)

Opinion filed March 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Robert John McGinness, pro se.


PER CURIAM.


     Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.